THOMAS HOWE *vs.* GEORGE C. RAYMOND ET ALS.

Second Judicial District.
Argued May 2d—decided June 13th, 1912.

ACTION by an indorsee to recover the amount of a promissory note, brought to the Superior Court in New London County and tried to the jury before *Reed, J.;* verdict for the plaintiff for $1,332.43, which the trial court, on motion of the defendants, refused to set aside, and rendered judgment for this amount, from which the defendants appealed. *No error.*

*Joseph T. Fanning* and *Donald G. Perkins*, for the appellants (defendants).

*Hadlai A. Hull* and *Charles Hadlai Hull*, for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in New London County.